| | |
|---|---|
| 1 | Jeff W. Poole, Esq. (SBN 291783) |
| 2 | HAMRICK & EVANS, LLP |
|   | 2600 West Olive Avenue, Suite 1020 |
| 3 | Burbank, California 91505 |
| 4 | Telephone: 818-763-5292 |
|   | Facsimile: 818-763-2308 |
| 5 | Email: jpoole@hamricklaw.com |
| 6 | |
| 7 | Brendan H. Little, Esq., Pro Hac Vice |
|   | LIPPES MATHIAS LLP |
| 8 | 50 Fountain Plaza, Suite 1700 |
| 9 | Buffalo, New York 14202 |
|   | Telephone: 716-853-5100 |
| 10 | Facsimile: 716-853-5199 |
| 11 | Email: blittle@lippes.com |
| 12 | |
|    | Attorneys for Defendant |
| 13 | Monterey Financial Services, LLC |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chasity R. Shelley, individually, and on behalf of all others similarly situated, | Case No.: 3:22-cv-1507-RSH-KSC |
| | Before the Honorable Karen S. Crawford |
| Plaintiff, | |
| v. | **JOINT MOTION TO ADJOURN THE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |
| Monterey Financial Services, LLC | |
| Defendant. | |
| | Current Date: February 8, 2023 |
| | Proposed Date: February 15, 2023 |

- 1 -

Consent Motion and Motion to Adjourn Case Management Conference

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Monterey Financial Services, LLC, with consent from Plaintiff Chasity R. Shelley, hereby moves this honorable Court for an order adjourning the Early Neutral Evaluation Conference and Case Management Conference from Wednesday February 8, 2023 at 2:00 PM to Wednesday February 15, 2023 at 2:00 PM and in support state the following:

1. This matter arises out of allegations that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Doc. 1

2. On October 5, 2022, Plaintiff Chasity R. Shelley ("Plaintiff") filed her Complaint. Doc. 1.

3. On December 12, 2022, Defendant Monterey Financial Services, LLC ("Defendant") filed its Answer to Plaintiff's Complaint.  Doc 6.

4. On January 3, 2023, the Court filed a Notice and Order setting the Early Neutral Evaluation Conference; Rule 26 Compliance; and Case Management Conference to be held on February 8, 2023 at 2:00 PM (the "Conference"). Doc. 7

5. On January 5, 2023, defense counsel emailed Plaintiff's counsel to request an adjournment of the February 8, 2023 conference as defense counsel will be out of the office concerning a previously scheduled conference related to another matter.

Consent Motion and Motion to Adjourn Case Management Conference

6. Plaintiff's counsel consents to the adjournment.

7. Accordingly, the parties request the date of the conference be moved to Wednesday, February 15, 2023 at 2:00 PM, or another date the Court is available.

8. This is the parties' first request to adjourn the Conference.

9. At this juncture, there is no Case Management Order in place, which means the requested adjournment will not affect any other case management dates.

WHEREFORE, Defendant Monterey Financial Services, LLC, with the consent of Plaintiff Chasity R. Shelley, respectfully request that this Honorable Court issue an order adjourning the Case Management Conference to February 15, 2023.

DATED: January 18, 2023

          **LIPPES MATHIAS LLP**

          s/ Brendan H. Little
          Brendan H. Little, Esq., Pro Hac Vice
          Attorneys for Defendant
          Monterey Financial Services, LLC